IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAPHNE GILBERT,

    Petitioner,

vs.                                Case No. 4:07cv495-SPM/WCS

UNITED STATES OF AMERICA,
BUREAU OF PRISONS, and
WARDEN PAIGE AUGUSTINE

    Respondents.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 6). The parties were furnished a copy and afforded an opportunity to file objections. No objections have been filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. Petitioner's §2241 petition for writ of habeas corpus (doc. 1) is hereby *dismissed*.

**DONE AND ORDERED** this nineteenth day of March, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge